## V. CONCLUSION

For the reasons stated herein, this Court declines to dismiss this lawsuit and declines to dismiss any of the defendants from this litigation. The Court; however, dismisses Plaintiff's Cause of Action for Bad Faith and Unfair Dealing against Defendant Paul H. Olsen without prejudice.

**IT IS, THEREFORE, ORDERED that the Defendants'** *Motion to Dismiss Pursuant to Rule 12(b)(2)* **[Docket No. 99] is DENIED.**

**IT IS FURTHER ORDERED that** *Defendant Paul H. Olsen's Motion to Dismiss* **[Docket no. 101] is DENIED IN PART and GRANTED IN PART.**

**SO ORDERED AND ADJUDGED this the 30th day of September, 2018.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**